# RECONSIDERATION DOCKET

**90–291.** State v. Durr. *Cuyahoga County*, No. 57140. Reported at 72 Ohio St.3d 1404, 647 N.E.2d 493. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**93–2331.** Canton Storage & Transfer Co. v. Pub. Util. Comm. Public Utilities Commission Nos. 90506TRACE, 90507TRACE, 90508TRACE and 90509TRACE. Reported at 72 Ohio St.3d 1, 647 N.E.2d 136. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**93–2332.** Advance Transfer Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90506TRACE, 90507TRACE, 90508TRACE and 90509TRACE. Reported at 72 Ohio St.3d 1, 647 N.E.2d 136. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**93–2449.** Carr's Moving & Storage Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90506TRACE, 90507TRACE, 90508TRACE and 90509TRACE. Reported at 72 Ohio St.3d 1, 647 N.E.2d 136. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**93–2476.** Pitts v. Mobile Tank Car Serv., Inc. *Cuyahoga County*, Nos. 62927, 62928 and 62929. Reported at 72 Ohio St.3d 49, 647 N.E.2d 476. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**94–2173.** State Farm Mut. Auto. Ins. Co. v. Reinhart. *Seneca County*, Nos. 13–93–37 and 13–93–38. Reported at 71 Ohio St.3d 654, 646 N.E.2d 1110. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**94–2254.** Cincinnati Bar Assn. v. Sullivan. Reported at 71 Ohio St.3d 647, 646 N.E.2d 1105. On motion for reconsideration. Motion denied.

**94–2309.** State ex rel. Smith v. O'Connor. *Hamilton County*, No. C–940141. Reported at 71 Ohio St.3d 660, 646 N.E.2d 1115. On motion for reconsideration. Motion denied.

**94–2376.** Hammond v. Grange Mut. Cas. Co. *Franklin County*, No. 93APE11–1620. Reported at 71 Ohio St.3d 651, 646 N.E.2d 1108. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**95–29.** Nozik v. McDonald. *Lake County*, No. 93–L–183. Reported at 72 Ohio St.3d 1405, 647 N.E.2d 494. On motion for reconsideration. Motion denied.

**95–82.** May v. Bowland. *Hamilton County*, Nos. C–940107 and C–940153. Reported at 72 Ohio St.3d 1406, 647 N.E.2d 494. On motion for reconsideration. Motion denied.